UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
UNITED STATES OF AMERICA | )
v. | )    CRIMINAL NO. 05-cr-10022-GAO
| )
CARLOS GOMEZ  and | )
MARY GILDEA, | )
| )
Defendants. | )
| )

NOTICE OF PLEA AGREEMENTS

The United States, by its undersigned counsel, hereby notifies the Court that the defendants and the United States Attorney have entered into agreements for each defendant to tender a plea of guilty pursuant to Fed. R. Crim. P. 11(c)(1)(B).   Copies of the agreements are attached.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

dated:  February 9, 2005

                   By: /s/ Paul G. Levenson
                        Assistant U.S. Attorney
                        John Joseph Moakley United States Courthouse
                        1 Courthouse Way, Suite 9200
                        Boston, MA 02210
                        (617) 748-3147

CERTIFICATE OF SERVICE

I hereby certify that on this day I will cause a true copy of the above document to be served by First Class Mail upon counsel of record for defendant, addressed as follows:

| | |
|---|---|
| Joseph F. Savage, Jr., Esq. | Harry L. Manion III |
| Kevin J. Cloherty, Esq. | Christopher J. Cunio |
| Testa, Hurwitz & Thibeault, LLP | Cooley Manion Jones |
| 125 High Street | 21 Custom House Street |
| Boston, MA 02110 | Boston, MA 02110-3536 |

Dated: February 9, 2005             /s/ Paul G. Levenson
                                        Paul G. Levenson

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| v. | ) ) | CRIMINAL NO. 05-cr-10022-GAO |
| CARLOS GOMEZ  and MARY GILDEA, | ) ) ) ) | |
| Defendants. | ) ) | |

**<u>NOTICE OF FILING WITH CLERK'S OFFICE</u>**

```
     Notice is hereby given that the documents, exhibits or

attachments listed below have been manually filed with the Court

and are available in paper form only.


          Plea Agreement


     The original documents are maintained in the case file in

the Clerk's office.




Date: February 9, 2005      By:  /s/ Paul  G. Levenson
                                 PAUL G. LEVENSON
                                 Assistant U.S. Attorney
                                 John Joseph Moakley
                                    United States Courthouse
                                 1 Courthouse Way, Suite 9200
                                 Boston, MA 02210
                                 617/748-3147
```