UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS GOMEZ and<br>MARY GILDEA,<br><br>Defendants, | Criminal No.05-cr-10022-GAO |

### NOTICE OF APPEARANCE

Please enter the appearance of  Alison V. Douglass in the above-captioned matter as counsel for defendant Mary Gildea.

Respectfully submitted,

 /s/ Alison V. Douglass_____
Alison V. Douglass (BBO # 646861)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: March 14, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on Assistant United States Attorney Paul G. Levensen by First Class Mail on this 14th day of March, 2005.

 /s/ Alison V. Douglass_____