UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS GOMEZ and<br>MARY GILDEA,<br><br>    Defendants, | Criminal No.05-cr-10022-GAO |

## NOTICE OF APPEARANCE

Please enter the appearance of Kevin P. McGrath in the above-captioned matter as counsel for defendant Mary Gildea.

                Respectfully submitted,

                **/s/ Kevin P. McGrath**
                Kevin P. McGrath (BBO # 550123)
                GOODWIN PROCTER LLP
                Exchange Place
                Boston, MA 02109-2881
Dated: March 16, 2005      (617) 570-1000

LIBA/1456665.2

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on Assistant United States Attorney Paul G. Levensen by First Class Mail on this 16th day of March, 2005.

_____
Alison V. Douglass

LIBA/1456665.2