# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLOS GOMEZ and )<br>MARY GILDEA, )<br>)<br>Defendants. ) | CRIMINAL NO. 05-10022-GAO-ALL |

## MOTION FOR ADMISSION PRO HAC VICE OF KEVIN P. MCGRATH

Pursuant to Local Rule 83.5.3(b), defendant Mary Gildea ("Defendant"), by her undersigned attorney, hereby moves for the admission *pro hac vice* of her counsel Kevin P. McGrath. As grounds therefore, defendant states:

1. Kevin P. McGrath is an attorney at the law firm of Goodwin Procter LLP, Boston, Massachusetts, and is a member in good standing of the Bars of the Commonwealth of Massachusetts and the State of New York, and the Bar of the United States Court of Appeals for the First and Second Circuits.

2. In further support of her motion, defendant submits herewith the Certificate of Kevin P. McGrath as Exhibit A establishing that he is a member in good standing of the Bar in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; and that he is familiar with the local rules of this Court.

        Respectfully submitted,

        MARY GILDEA,

        By her attorney,

        /s/ Joseph F. Savage
        Joseph F. Savage, Jr. (BBO No. 443030)
        Goodwin Procter LLP
        Exchange Place
        Boston, MA 02109
        Tel.: (617) 570-1000
        Fax: (617) 523-1231

Dated: March 25, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATE

    Pursuant to Local Rule 7.1(A)(2), counsel for Mary Gildea conferred with counsel for plaintiff, United States of America in a good faith effort to determine whether the respective parties would assent to this Motion. Counsel of record assent to the relief sought herein.

        /s/ Joseph F. Savage

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANTONIUS TURNER,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) CRIMINAL NO. 95-10335-JLT<br>)<br>)<br>)<br>)<br>) |

**<u>CERTIFICATE OF KEVIN P. MCGRATH PURSUANT TO LOCAL RULE 83.5.3(b)</u>**

Kevin P. McGrath, declares and states as follows:

1.  I am an attorney at the law firm of Goodwin Procter LLP, Boston, Massachusetts. I have been a member in good standing of the Bar of the State of New York since 1981, and the Bar of the Commonwealth of Massachusetts since 1987. I am also a member in good standing of the Bars of the United States Courts of Appeals for the First and Second Circuits. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

2.  There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

   I declare under the penalty of perjury that the following is true and correct.  Executed on March 22, 2005.

                     /s/ Kevin P. McGrath