UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>CARLOS GOMEZ and )<br>MARY GILDEA, )<br>)<br>       defendants. ) | CRIMINAL NO. 05-cr-10022-GAO |

## WAIVER OF INDICTMENT

I, MARY GILDEA, the above-named defendant, who is accused of: Conspiracy to defraud the United States and to commit Mail Fraud and ERISA false statement offenses, in violation of Title 18, United States Code, Section 371; 11 Counts of Mail Fraud, in violation of Title 18, United States Code, Section 1341; 5 Counts of ERISA False Statement, in violation of Title 18, United States Code, Section 1027; and 6 Counts of Subscribing False Tax Returns, in violation of Title 26, United States Code, Section 7206(a), being advised of the nature of the charges, the proposed information, and my rights, hereby waive in open court on this 29 day of March, 2005, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for the Defendant

Before: _____
        Judicial Officer