UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                           )<br>)         Criminal No. 05-10022<br>CARLOS GOMEZ and        )<br>MARY GILDEA,               )<br>)<br>    defendants                 )<br>) | |

### DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF TWENTY (20) PAGES

Defendants Carlos Gomez ("Gomez") and Mary Gildea ("Gildea") (collectively, the "Gomezes" or the "Defendants"), pursuant to Local Rule 7.1(B)(4) of the United States District Court for the District of Massachusetts, hereby move this Court for leave to file their Sentencing Memorandum in excess of twenty (20) pages. As grounds for this motion, Defendants state as follows:

1. In the interests of judicial economy, Defendants are jointly filing a single Sentencing Memorandum, because there are overlapping issues pertinent to both Defendants;

2. More than twenty (20) pages is necessary in order to fully address all of the issues in connection with the Defendants' sentencing hearing;

3. Defendants' filing of one comprehensive Sentencing Memorandum will not prejudice the Government; and

4. **The Government has assented to this motion.**

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Leave to File a Memorandum in Excess of Twenty (20) Pages.

        Respectfully submitted,

/s/ Harry L. Manion III
Harry L. Manion III, BBO # 317440
Christopher J. Cunio, BBO # 634518
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA 02110
617-737-3100
*Counsel for Defendant Carlos Gomez*

/s/ Joseph F. Savage, Jr.
Joseph F. Savage, Jr., Esq., BBO # 443030
Kevin P. McGrath, Esq., BBO # 550123
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
617-570-1000
*Counsel for Defendant Mary Gildea*

Dated: August 15, 2005

146155.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2005, a copy of the following documents were served via first-class mail upon U.S. Probation Officer Stephanie K. Henshaw and Assistant U.S. Attorney Paul G. Levenson:

- Defendants' Joint Motion for Downward Departure;
- Defendants' Sentencing Memorandum (with exhibits); and
- Defendants' Assented-To Motion for Leave to File a Memorandum in Excess of Twenty (20) Pages; and


/s/ Harry L. Manion III