# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) |
|  | )  CRIMINAL NO. 05-10022 |
| CARLOS GOMEZ and | ) |
| MARY GILDEA, | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## DEFENDANTS' ASSENTED-TO MOTION REGARDING
## APPLICATION OF RESTITUTION PAYMENTS[1]

Defendants Carlos Gomez and Mary Gildea (collectively, the "Gomezes") respectfully submit this Motion in connection with the schedule of Defendants' restitution payments due under the Parties' Joint Submission Regarding Restitution and Payment Schedule ("Restitution Schedule") of January 18, 2006.[2] A copy of the Restitution Schedule is attached hereto as Exhibit 1. The purpose of this Motion is to request that the Gomezes' recent lump sum payment to the Court in the amount of $1,292,711.88, representing the net proceeds from the sale of property housing Lanco Scaffolding, Inc.'s ("Lanco") office and warehouse, be applied as follows:

1. $660,000.00 to the Gomezes' five (5) monthly restitution payments scheduled for:

| November 27, 2006 | $40,000.00 |
| December 26, 2006 | $40,000.00 |
| January 25, 2007 | $500,000.00 |
| February 26, 2007 | $40,000.00 |
| March 26, 2007 | $40,000.00 |

2. $632,711.88 to be immediately applied to the outstanding restitution balance.

---

[1] Assistant U.S. Attorney Paul G. Levenson, by e-mail dated November 20, 2006, has informed counsel for the Gomezes that the United States assents to this Motion.

[2] On November 14, 2006, counsel for the Gomezes spoke with the Clerk's Office Finance Manager, Christine Karjel, and the Probation Office's Iris Golus, who suggested to counsel that the Defendants address this issue by motion to the Court.

The Gomezes will recommence their monthly payment schedule on April 25, 2007 with a payment of $40,000.00.

This request is consistent with the Court's Amended Judgment entered on February 10, 2006. Due to the fact that their next restitution payment is due on November 27, 2006, the Defendants respectfully request that the Court grant their Assented-to Motion Regarding Application of Restitution Payments.

By way of background, after the Amended Judgment was entered, the Gomezes sold an additional piece of property, separate from the one referenced in the Restitution Schedule, for the sole purpose of accelerating repayment of their outstanding restitution obligation. Because the funds were available in advance of the January 25, 2007 lump sum payment deadline, rather than delaying payment, the Gomezes immediately directed the entire net proceeds of the sale, totaling $1,292,711.88, to the Court on October 31, 2006 for restitution purposes. See Check No. 8295 payable to Clerk, U.S. District Court, attached hereto as Exhibit 2.

In the ten months since their restitution payment obligations commenced on January 25, 2006, the Gomezes have made significant progress in paying their restitution obligations, making all of their monthly restitution payments ($40,000.00 per month) in a timely manner, in addition to their recent $1,292,711.88 lump sum payment. See Checks No. 8294 through 8875, attached hereto as Exhibit 3. Exclusive of the lump sum payment, as of November 17, 2006, the Gomezes have paid $400,000 in restitution. In addition, the Gomezes are currently negotiating the sale of an adjoining property ("Windsor Street") currently used by Lanco as a parking lot and anticipate that the closing on this property will occur in February or March 2007. When this sale is completed, the net proceeds will also be directed to the Court likely for full satisfaction of the Gomezes' restitution obligation.

2

The Gomezes are making this request in anticipation of the upcoming transition at the beginning of December as Ms. Gildea enters Bureau of Prisons ("BOP") custody and Mr. Gomez begins his period of supervised release. Mr. Gomez will be released from BOP custody on December 1, 2006 and Ms. Gildea's surrender date is December 7, 2006. Given the numerous logistical issues which the Gomezes must address during this initial adjustment period and the decrease in revenue during Lanco's typically slower winter months, the Gomezes respectfully request the Court grant their Motion. This accommodation will allow the Gomezes to transition into their new situation, including finalizing the sale of the Windsor Street property, and will further ensure that they will be able to continue to honor their remaining restitution obligations.

## CONCLUSION

For the foregoing reasons, the Defendants respectfully request that the Court grant their Assented-to Motion Regarding Application of Restitution Payments.

Respectfully submitted,

/s/ Christopher J. Cunio
Harry L. Manion III, BBO # 317440
Christopher J. Cunio, BBO # 634518
Cooley Manion Jones LLP
21 Custom House Street
Boston, MA  021110
617-737-3100

Dated:  November 20, 2006
*170080*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2006, a copy of this document was served via first-class mail upon Assistant U.S. Attorney Paul G. Levenson.

/s/ Christopher J. Cunio
Christopher J. Cunio

**Exhibit 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 05-10022-GAO |
| v. | ) | |
| CARLOS GOMEZ and | ) | |
| MARY GILDEA, | ) | |
| Defendants. | ) | |

JOINT SUBMISSION REGARDING RESTITUTION AND PAYMENT SCHEDULE

The parties, by their undersigned counsel, hereby request that the Court incorporate the following provisions regarding restitution and payment schedule into an amended Judgment for each defendant.

1.    Restitution

Restitution – owed by defendants jointly and severally – shall be paid to the following victims, with payments to be apportioned approximately pro rata among the non-federal victims until such time as all non-federal victims have been paid in full, as set forth in the attached Restitution Schedule.

2.    Payment Schedule

The parties propose a payment schedule (attached) which anticipates a contingency. It is anticipated that defendants' company, Lanco, will sell an approximately 80,000 square foot parking lot located on Windsor Street, Somerville (which is owned by Lanco and is adjacent to Lanco's warehouse). Defendants anticipate closing the sale within one year, enabling them to pay their restitution obligations in full at that time. To maximize defendants' incentives to accomplish this, to alleviate any financial pressure to sell the property at below market value (which could be to the victims' detriment), and in view of defendants' anticipated monthly cash

Case 1:05-cr-10022-GAO    Document 31-2    Filed 11/28/2006    Page 5 of 6

flow from their business, the United States agrees it is appropriate to waive statutory interest for

a period of one year.

In the event that the anticipated sale does not go through, the defendants will have to

liquidate other assets in order to meet their obligations. For that reason, the proposed payment

schedule includes regular monthly payments that defendants expect to be able to meet from

existing cash-flow from their business, together with annual "balloon" payments which the

defendants can plan for in order to liquidate assets as necessary. The payment schedule

anticipates a final "balloon" payment (which will likely exceed $1,100,000) at the end of four

years (i.e. at the conclusion of Carlos Gomez's term of supervised release), which would cover

the outstanding balance of defendants' restitution obligations, their fines, and all accrued

interest.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul G. Levenson
PAUL G. LEVENSON
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3147

JOSEPH F. SAVAGE, JR., ESQ.
KEVIN P. McGRATH, ESQ.

/s/Kevin P. McGrath (by PGL)
Goodwin Procter, LLP
53 State Street
Boston, MA 02109
(617) 570-1204

Counsel for Defendant Mary Gildea

HARRY L. MANION III
CHRISTOPHER J. CUNIO

/s/ Christopher J. Cunio (by PGL)
Cooley Manion Jones
21 Custom House Street
Boston, MA 02110-3536
(617) 737-3100

Counsel for Defendant Carlos Gomez

dated: January 18, 2006

## RESTITUTION SCHEDULE

| Name of Payee | Amount of Restitution Ordered | Percentage of Payment |
|---|---|---|
| Eastern Casualty Insurance Co.<br>325 Donald J. Lynch Blvd.<br>Marlboro, MA 01752<br>Attn: Stuart McIntyre | $1,182,876.00 | 37% |
| Massachusetts Laborers' Benefit Funds<br>14 New England Executive Park,<br>Suite 200<br>Post Office Box 4000<br>Burlington, MA 01803-0900<br>Attn: Thomas Masiello, Administrator | $1,723,891.48 | 54% |
| Massachusetts Carpenters Benefit Funds<br>Central Collection Agency<br>350 Fordham Road<br>Wilmington, MA 01887<br>Attn: Harry R. Dow, Executive Director | $273,312.02 | 9% |
| Internal Revenue Service | $831,485.07 | 0% (no payment until all non-federal victims have been paid in full) [18 U.S.C. § §3664(i)] |

## PAYMENT SCHEDULE

1.    The interest rate for the first 12 months shall be 0.0%. Beginning as of January 25, 2007, interest shall accrue at the statutory rate on any unpaid principal balance of Defendants' restitution and fines.

2.    Commencing on January 25, 2006, Defendants shall pay a total of $40,000 principal per month for 12 months (1/25/06-12/26/06) to the Clerk of Court. These payments shall be made on the 25th of each month (or, if that date is a holiday or weekend, on the next business day).

3.    On or before January 25, 2007, in the event Defendants' business (Lanco Scaffolding Inc.) has sold or refinanced real estate located in Somerville, Massachusetts, Defendants shall make a lump sum principal payment using the net proceeds (i.e. post closing costs, taxes, fees and liens) from the sale or refinancing, which shall be credited toward the outstanding restitution amount and toward defendants' fines. In the event that Defendants' business (Lanco Scaffolding Inc.) does not sell or refinance real estate located in Somerville, Massachusetts, on or before January 25, 2007, Defendants shall make a lump sum principal payment of $500,000 on January 25, 2007.

4.    To the extent that defendants' restitution obligations and fines have not been paid in full on or before January 25, 2007, Defendants shall continue to pay $40,000 per month, eleven months per year (February through December) until the total restitution figure, all fines and all accrued interest have been paid in full. These payments shall be made on the 25th of each month (or, if that date is a holiday or weekend, on the next business day).

1

5.    To the extent that defendants' restitution obligations and fines have not been paid

in full on or before January 25, 2007, Defendants shall make lump-sum payments, as follows:

| Date | Payment Amount |
|------|----------------|
| January 25, 2008 | $500,000 |
| January 26, 2009 | $500,000 |

6.    On November 25, 2009, Defendants shall pay a lump sum equal to the total

outstanding balance of any restitution obligations, plus accrued statutory interest as of that date.

7.    Also on November 25, 2009, each Defendant shall pay a $50,000 fine as ordered

by the Court, plus accrued interest on that fine at the statutory rate for the period January 25,

2007 through November 25, 2009, or date of payment if earlier.

2

**Exhibit 2**



LAW OFFICES OF JAMES M. DIGIULIO, P.C.
CLIENTS IOLTA ACCOUNT
LAKESIDE OFFICE PARK
599 NORTH AVENUE, SUITE 7
WAKEFIELD, MA 01880
(781) 246-5100

8295

10/31/2006

PAY TO THE
ORDER OF: Clerk, U.S. District Court

One Million Two Hundred Ninety-Two Thousand Seven Hundred Eleven and 88/100 ********* DOLLARS

$ **1,292,711.88

Eastern Bank
EST 1818

MEMO: restitution payment U.S. v. Gomez

Security features. Details on back.

⑆008295⑆ ⑈011301798⑈ 60 008781⑈

# Exhibit 3



CARLOS GOMEZ
LANCO SCAFFOLDING INC.
33 EARLE STREET
SOMERVILLE, MA · 02143

NUMBER 8294

EAST CAMBRIDGE SAVINGS BANK
53-704/2113

PAY: Forty Thousand and 00/100 Dollars

DATE Jan 25, 2006

AMOUNT ******$40,000.00

TO THE
ORDER
OF

CLERK U.S. DISTRICT COURT

CASE 05 CR/0022 (0)

Security Features Included.    Details on back.

⑈"008294"⑈ ⑇:211370413⑇: 0 180800574011⑈



LANCO SCAFFOLDING INC.
33 EARLE STREET
SOMERVILLE, MA  02143

EAST CAMBRIDGE SAVINGS BANK
53-7041/2113

NUMBER

8367

PAY:

Forty Thousand and 00/100 Dollars

TO THE
ORDER
OF

CLERK U.S. DISTRICT COURT

DATE

Feb 25, 2006

AMOUNT

******$40,000.00

Docket # 05-Cr-10022-GAO

⑈"008367"⑈ ⑆:213704119: 0180800574011"

Security Features Included.  🅴🄷  Details on back

SECURE SAFEGUARD
MP



**LANCO SCAFFOLDING INC.**
33 EARLE STREET
SOMERVILLE, MA  02143

EAST CAMBRIDGE SAVINGS BANK

53-704/2113

NUMBER

8398

**PAY:** Forty Thousand and 00/100 Dollars

DATE

Mar 25, 2006

AMOUNT

*******$40,000.00

TO THE
ORDER
OF

CLERK U.S. DISTRICT COURT
CARLOS GOMEZ RESTITUTION PYMNT

CASE  05-CR-10022  GAO

⑈008398⑈ ⑆2⑆⑈3704⑉9⑈ 0⑈808005740⑈

Security Features Included.    Details on back.



**LANCO SCAFFOLDING INC.**
33 EARLE STREET
SOMERVILLE, MA  02143

EAST CAMBRIDGE SAVINGS BANK

53-7041/2113

NUMBER

8466

PAY:

Forty Thousand and 00/100 Dollars

DATE

Apr 25, 2006

AMOUNT

******$40,000.00

TO THE
ORDER
OF

CLERK U.S. DISTRICT COURT
CARLOS GOMEZ RESTITUTION PYMNT

CASE 05-CR-10022 GAO

⑆008466⑆ ⑆:211370419: 018000574⑆⑈

Security Features included.    Details on back.



LANCO SCAFFOLDING INC.
33 EARLE STREET
SOMERVILLE, MA  02143

EAST CAMBRIDGE SAVINGS BANK

53-7041/2113

NUMBER

8488

PAY:  Forty Thousand and 00/100 Dollars

DATE
May 25, 2006

AMOUNT
******$40,000.00

TO THE
ORDER     CLERK U.S. DISTRICT COURT
OF        CARLOS GOMEZ RESTITUTION PYMNT

CASE 05-CR-10022 GAO

⑅008488⑅ ⑆211370419⑆ 018080057L0⑅

Security Features Included.  ⊡  Details on back.



**LANCO SCAFFOLDING INC.**
33 EARLE STREET
SOMERVILLE, MA 02143

EAST CAMBRIDGE SAVINGS BANK

53-7041/2113

NUMBER

8542

**PAY:** Forty Thousand and 00/100 Dollars

DATE
Jun 25, 2006

AMOUNT
******$40,000.00

TO THE
ORDER
OF

CLERK U.S. DISTRICT COURT
CARLOS GOMEZ RESTITUTION PYMNT

CASE 05-CR-10022 GAO

⑆008542⑆ ⑈211370419⑈ 018080057⑆0⑈

LANCO SCAFFOLDING INC.
33 EARLE STREET
SOMERVILLE, MA   02143

EAST CAMBRIDGE SAVINGS BANK

53-7041/2113

NUMBER

8636

PAY: Forty Thousand and 00/100 Dollars

DATE
Jul 25, 2006

AMOUNT
******$40,000.00

TO THE
ORDER
OF

CLERK U.S. DISTRICT COURT
CARLOS GOMEZ RESTITUTION PYMNT

CASE 05-cr-10022 GAO

⑈008636⑈ ⑆211370411⑆: 0180800574 0⑈

LANCO SCAFFOLDING INC.
33 EARLE STREET
SOMERVILLE, MA   02143

EAST CAMBRIDGE SAVINGS BANK

NUMBER

8737

53-7641/2113
Check Number: 8737

PAY:   Forty Thousand and 00/100 Dollars

DATE                      AMOUNT

Aug 1, 2006          40000.00

TO THE
ORDER
OF

CLERK U.S. DISTRICT COURT
CARLOS GOMEZ RESTITUTION PYMNT

Memo:   CASE 05-CR-10022 GAO

⑈008737⑈  ⑆:211370419⑆:  0180800574 0⑈

Security Features Included.  Details on back.



**LANCO SCAFFOLDING INC.**
33 EARLE STREET
SOMERVILLE, MA 02143

NUMBER 8816

EAST CAMBRIDGE SAVINGS BANK

53-7041/2113

PAY: Forty Thousand and 00/100 Dollars

DATE Sep 1, 2006

AMOUNT $40,000.00

TO THE
ORDER
OF

CLERK U.S. DISTRICT COURT
CARLOS GOMEZ RESTITUTION PYMNT

Memo:  CASE 05-CR-10022 GAO SEPT 06

"008816" :211370419: 0180800574 0"



LANCO SCAFFOLDING INC.
33 EARLE STREET
SOMERVILLE, MA 02143

NUMBER
8875

EAST CAMBRIDGE SAVINGS BANK

53-7041/2113

PAY: Forty Thousand and 00/100 Dollars

DATE
Oct 1, 2006

AMOUNT
$40,000.00

TO THE
ORDER
OF

CLERK U.S. DISTRICT COURT
CARLOS GOMEZ RESTITUTION PYMNT

Memo:    CASE 05-CR-10022 GAO-OCT 2006

⑆008875⑆ ⑉211370419⑉ 0180805740⑈

8875

Security Features included.    Details on back.